UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NIMELY P. GEEGBAE, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | *   Civil Action No. 10-10852-JLT |
| | * |
| JOSEPH D. MCDONALD, JR., | * |
| | * |
| Respondent. | * |

ORDER

November 1, 2010

TAURO, J.

    For the reasons set forth in the accompanying memorandum, Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#1] is ALLOWED; Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus [#6] is DENIED; Petitioner's Motion to Expedite [#8] is ALLOWED AS MOOT; and Petitioner's Second Motion to Expedite Petition for Habeas Corpus Relief from Immigration Detention [#12] is ALLOWED AS MOOT.

IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro
                                              United States District Judge