UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NIMELY P. GEEGBAE,

    Petitioner,

v.     Civil Action No. 10-10852-JLT

JOSEPH D. MCDONALD, JR.,

    Respondent.

# ORDER

March 8, 2011

TAURO, J.

For the reasons set forth in the accompanying Memorandum, Petitioner's <u>Motion for Attorney Fees and Costs Under the Equal Access to Justice Act</u> [#16] is ALLOWED. This case remains CLOSED.

IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro
                                              United States District Judge